UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. **00-6092 CR-HURLEY**

18 U.S.C. 2113(a)
18 U.S.C. 2

MAGISTRATE JUDGE
VITUNAC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSE MARTIN PEREZ and | ) |
| JOSE EFFRAIN GONZALEZ, | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 2, 2000, at Broward County, in the Southern District of Florida, the defendants,

**JOSE MARTIN PEREZ and
JOSE EFFRAIN GONZALEZ,**

did knowingly, by force, violence and intimidation, attempt to take from the person and presence of an employee of Regent Bank, United States Currency, belonging to and in the care, custody, control, management, and possession of Regent Bank, a bank whose deposits were then insured



by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

_____
GRAND JURY FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.
Jose Martin Perez, and
Jose Effrain Gonzalez            **CERTIFICATE OF TRIAL ATTORNEY***

                                 **Superseding Case Information**:

**Court Division**: (Select One)

|   | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| _X_ FTL | ___ WPB ___ FTP | |

New Defendant(s)          Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                  (Check only one)

   I    0 to 5 days        _X_       Petty       ___
   II   6 to 10 days       ___       Minor       ___
   III  11 to 20 days      ___       Misdem.     ___
   IV   21 to 60 days      ___       Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _2/02/2000_
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

                                      _____
                                      THOMAS P. LANIGAN
                                      ASSISTANT UNITED STATES ATTORNEY
                                      COURT No. A5500033

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: __Jose Effrain Gonzalez__   Case No.: _____

Count #: 1

18 U.S.C. § 2113(a), 18 U.S.C. § 2

Bank Robbery

*Max. Penalty: **Twenty (20) Years' imprisonment and $250,000 fine.**
=====================================================================
Count #:


*Max. Penalty:
=====================================================================
Count #:


*Max. Penalty:
=====================================================================
Count #:


*Max. Penalty:
=====================================================================
Count #:


*Max. Penalty:
=====================================================================
    *Refers only to possible term of incarceration, does not
    include possible fines, restitution, special assessments,
    parole terms, or forfeitures that may be applicable.
=====================================================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __Jose Martin Perez__   Case No.: _____

Count #: 1

      18 U.S.C. § 2113(a), 18 U.S.C. § 2

      **Bank Robbery**

*Max. Penalty: **Twenty (20) Years' imprisonment and $250,000 fine.**
==================================================================
Count #:

*Max. Penalty:
==================================================================
Count #:

*Max. Penalty:
==================================================================
Count #:

*Max. Penalty:
==================================================================
Count #:

*Max. Penalty:
==================================================================
    *Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.
==================================================================