AO 442 (Rev. 5/93) Warrant for Arrest                                AUSA THOMAS P. LANIGAN

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSE MARTIN PEREZ, and
JOSE EFFRAIN GONZALEZ

**WARRANT FOR ARREST**

FILED by _____ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6092

CR-HURLEY
MAGISTRATE JUDGE
VITUNAC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest            JOSE MARTIN PEREZ
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2113(a), 2 _____

CLARENCE MADDOX                              COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                                April 11, 2000 — FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _Pretrial Detention_   by   BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.