UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSE MARTIN PEREZ,
JOSE EFFRAIN GONZALEZ,
    Defendants.
_____/



### ORDER ON FUGITIVE STATUS AND DIRECTING CLERK TO TRANSFER CASE TO SUSPENDED/FUGITIVE FILE

THIS CAUSE come before the court upon its own motion. After a review of the court file, and after having determined the above named defendants to be fugitives from justice, it is

**ORDERED and ADJUDGED:**

1. The Clerk of Court is hereby directed to transfer the above-captioned case, as it pertains to each of the above named defendants, to the suspended/fugitive file until such time as they are apprehended.

2. The Clerk of Court is further directed to designated this case, as it pertains to each of the above named defendants, "closed".

DATED and SIGNED in Chambers at West Palm Beach, Florida this ___ day of September, 2000.

copy furnished:
AUSA Thomas P. Lanigan

                                Daniel T. K. Hurley
                                United States District Judge