UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

v.

JOSE PEREZ

_____

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL, and ,
      WARDEN of the Central Florida Reception Center, Orlando, Florida

It appearing from the petition of the United States of America that the defendant in the above case, JOSE PEREZ, is confined in the Central Florida Reception Center (Prisoner No. DC508435 ) and that this case is set for Initial Appearance as to said defendant at West Palm Beach, Florida on May 4, 2001, and that it is necessary for said defendant to be before this Court for said proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said JOSE PEREZ, now detained in custody as aforesaid, under safe and secure conduct, before this Court at West Palm Beach, Florida by or before 9:30 a.m., on May 4, 2001, for Initial Appearance on the criminal charges pending against subject in this cause, and upon completion of all proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid institution.

And this is to command you, the Warden of the Central Florida Reception Center at Orlando, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at W.P.B., Florida, this ___16th___ day of April, 2001.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc:  Thomas P. Lanigan, AUSA
     U.S. Marshals (4 certified copies)
     Chief Probation Officer

