# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 05/21/2001    TIME: 9:30 AM

DEFT. JOSE MARTIN PEREZ ✓ (J)           CASE NO. 00-6092-CR-HURLEY/VITUNAC

AUSA. KAREN ATKINSON ✓ / THOMAS LANIGAN           ATTY. APD - ROBIN ROSEN-GROSS ✓

AGENT. FBI                                VIOL. 18:2113(a)

PROCEEDING INITIAL HEARING               BOND. PTD (REQUESTED BY GOVT)

DISPOSITION: Initial & Arraignment held
Deft present — sworn/Hst
Indictment read to deft & advised of his rights
Court questions deft, finds him Indigent
& appoints APD.
Defense stipulates to PTD
Deft ordered detained without Prejudice
Written Order to follow.
Defense waives formal reading & pleads not guilty

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested  / signed & distributed

Status/Disc. Conf. set for 6-21-01 @ 9:30 am
before Judge Vitunac

DATE: 6-21-01              TAPE: AEV 01-45-2325/2755