UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6092-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE PEREZ,

        Defendant.
_____/

## PRETRIAL DETENTION ORDER

The Defendant stands indicted with bank robbery on February 2, 2000, in Broward County. If the Defendant is convicted of this offense he faces up to 20 years in a federal prison and a $250,000 fine. This Defendant is presently serving a ten year sentence for federal bank robbery thus bail is moot.

The Defendant is ORDERED detained without prejudice to have a Pretrial Detention Hearing if and when it is requested by the Defendant.

DONE and ORDERED in Chambers this 21 day of May, 2001, at West Palm Beach in the Southern District of Florida.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA - Thomas P. Lanigan
U.S. Marshal
U.S. Pretrial Services

