UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6092-CR-HURLEY/VITUNAC</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE MARTIN PEREZ,

    Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on __MAY 21,__ 2001, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: __IN CUSTODY__

    Telephone no.: _____

**DEFENSE COUNSEL:**    Name: __FEDERAL PUBLIC DEFENDER__

    Address: __WEST PALM BEACH, FLORIDA__

    Telephone no.: __(561) 833-6288__

BOND/SET/CONTINUED: $__PRETRIAL DETENTION__

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this __21__ day of __MAY__, 2001.

CLARENCE MADDOX, CLERK OF COURT

By: _Sandra Acevedo_
    Deputy Clerk

c: Courtroom Deputy, District Judge
   United States Attorney
   Defense Counsel
   United States Pretrial Service