ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE MARTIN PEREZ,

    Defendant.

_____/

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robin C. Rosen-Evans
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 438820
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 22nd day of May, 2001, to Assistant United States Attorney Tom Lanigan, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394.

Robin C. Rosen-Evans