ps

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6092-CR-HURLEY/VITUNAC</u>

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE MARTIN PEREZ,

        Defendant.

_____/

## DEFENDANT'S INVOCATION OF RIGHTS
## TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government

officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Robin C. Rosen-Evans
Robin C. Rosen-Evans
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 438820
400 Australian Ave., Suite 300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 22nd day of May, 2001, to Assistant United States Attorney Tom Lanigan, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394.

/s/ Robin C. Rosen-Evans
Robin C. Rosen-Evans