AO 442 (Rev. 5/93) Warrant for Arrest                                       AUSA THOMAS P. LANIGAN

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

JOSE MARTIN PEREZ, and
JOSE EFFRAIN GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6092

CR-HURLEY
MAGISTRATE JUDGE
VITUNAC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JOSE MARTIN PEREZ
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title ___18___ United States Code, Section(s) 2113(a), 2

CLARENCE MADDOX                                    COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                            Title of Issuing Officer

[signature]                                        April 11, 2000 — FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                       Date and Location

Bail fixed at $ Pretrial Detention    by    BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at West Palm Beach, FL |

| DATE RECEIVED 2/11/01 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, U.S. Marshal Southern District of Floirda | SIGNATURE OF ARRESTING OFFICER Sabrina Livingston, ASDUSM |
|---|---|---|
| DATE OF ARREST 5/16/01 | | |

This form was electronically produced by Elite Federal Forms, Inc.