# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 06/21/2001   TIME: 9:30 AM

DEFT. JOSE MARTIN PEREZ (J)   CASE NO. 00-6092-CR-HURLEY/VITUNAC
(Deft. not required)
AUSA. William Bloch ✓ / THOMAS LANIGAN   ATTY. Robin Rosen-Evans ✓ / FEDERAL PUBLIC DEFENDER

AGENT. FBI   VIOL. 18:2113(a)

PROCEEDING STATUS/DISCOVERY CONF.   BOND. PRETRIAL DETENTION

DISPOSITION Status/Discovery held
Parties present
Discovery Out
1 Pending motion
Defense request an additional 2 weeks
to file pretrial motion — Court grants
request to 7-5-01
4 days to try case
Likely Trial

DATE: 6-21-01   TAPE: AEV 01-56-195

19