UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6092-CR-HURLEY

UNITED STATES OF AMERICA

v.

JOSE MARTIN PEREZ and
JOSE EFFRAIN GONZALEZ
    DEFENDANTS,
------------------------------/



## GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case file this response which is alphabetized and numbered to correspond to that original order and states as follows:

C. The only information or material known to the United States which may be favorable to the defendant on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963) or United States v. Agurs, 427 U.S. 97 (1976) is as follows: Rosa Rosella Quiles, a government witness, although present at the scene, did not get charged with the bank robbery charged in this indictment. Additionally, see attached criminal history for Rosa Rosella Quiles.

D. The existence and substance of payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses within the scope of United States v. Giglio, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959) is as follows: Rosa Rosella Quiles, agovernment witness, although present at the scene, did not get charged with the bank robbery charged in this indictment.



Additionally, see attached criminal history for Rosa Rosella Quiles.

                                       Respectfully Submitted,

                                       GUY A. LEWIS
                                       UNITED STATES ATTORNEY

                        By: _____
                              Thomas P. Lanigan
                              ASSISTANT UNITED STATES ATTORNEY
                              Court ID A5500033
                              500 E. Broward Suite 700
                              Fort Lauderdale, Florida 33301
                              (954) 356-7255 #3590
                              (954) 356-7230

                       CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 22 nd day of June, 2001 to: Robin Rosen Evans, Assistant Federal Public Defender, 400 Australian Ave South Suite 300  West Palm Beach, FL 33401.

                                   _____
                                   Thomas P. Lanigan
                                   ASSISTANT UNITED STATES ATTORNEY

cc: S/A Ed Knapp, FBI

Ed Knapp

```
QH  FLFBIMM01                    ROSA             ROSELLA              QUILES
                                 WF19730407                            C
       .ATN/                                      .CTL/

FCIC Message Ack Received.

FQI FLFBIMM01ROSA                ROSELLA          QUILES
          WF19730407
                                 06C.ATN/                              .CTL/


FCIC Message Ack Received.

DATE:06/22/2001  TIME:15:30  MESSAGE NUMBER:00005

ATTENTION:                              CONTROL:

QH  FLFBIMM01                    ROSA             ROSELLA              QUILES
                                 WF19730407                            C

---NCIC---
QH MESSAGE HAS BEEN SENT TO NCIC.
---END---

DATE:06/22/2001  TIME:15:30  MESSAGE NUMBER:00006

ATTENTION:                              CONTROL:


---NCIC---
7L01FLA0005225822
FLFBIMM01
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/QUILES,ROSA ROSELLA SEX/F RAC/W DOB/19730407 PUR/C
NAME                             FBI NO.          INQUIRY DATE
QUILES,ROSA ROSELLA              714315NB0        2001/06/22

SEX RACE BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE       PHOTO
F   W    1973/04/07  502     105     GRN   BLK   ITALY             N

FINGERPRINT CLASS        PATTERN CLASS
                         WU RS RS RS UC WU RS LS LS UC
                            AU          AU    AU AU AU
                                        LS

ALIAS NAMES
QUILES,ROSA ROSELLA
```

```
TATTOOS         SOCIAL SECU. .TY
PRCD NOSE       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
TAT ABDOM       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
                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
```

IDENTIFICATION DATA UPDATED 2001/05/18

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 FLORIDA       - STATE ID/FL05154562

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

--END--

DATE:06/02/2001  TIME:15:30   MESSAGE NUMBER:00000002

FQI FLFBIMM01ROSA              ROSELLA            QUILES
       WF19730407
                                06C
--FLORIDA CCH RESPONSE--

QI.NAM/QUILES,ROSA ROSELLA.RAC/W.SEX/F.DOB/040773.LMT/06.PUR/C
```
DLE/OBT    TYPE   NAME                      SEX   RAC    DOB         HGT   SCORE
--------------------------------------------------------------------------------
05154562   CH     QUILES, ROSA ROSELLA       F     W    04/07/1973   62    100
04896945   CH     QUILES, EVELYN             F     W    11/09/1973   66     66
03543571   CH     QUILES, YAZMIN             F     W    10/22/1973   62     65
04978568   CH     QUILES, MICHELE            F     W    04/06/1978   62     62
04697876   CH     COLLAZO, ROMUNA            F     W    04/14/1974   70     61
03789739   CH     KLOSE, ANGIE               F     W    04/15/1973   65     61
```
-- END --

--NCIC--
1L01FLS0005225872
FLFBIMM01

NO NCIC WANT NAM/QUILES,ROSA ROSELLA DOB/19730407 RAC/W SEX/F

--FCIC HIT RESPONSE--
FQI : NO RECORDS FOUND
--END--

FC  FLFBIMM0105154562                                   CKNAPP

CIC Message Ack Received.

DATE:06/22/2001  TIME:15:32  MESSAGE NUMBER:00008

ATTENTION:                                    CONTROL:

C  FLFBIMM0105154562                          CKNAPP

--FLORIDA CCH RESPONSE--
ATN/KNAPP
C.DLE/05154562.PUR/C.ATN/KNAPP
     SID  NUMBER:  5154562   PURPOSE CODE:C         PAGE:  1
     BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
     A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE
              -  FLORIDA   CRIMINAL   HISTORY  -
NAME                      STATE ID NO.   FBI NO.     DATE REQUESTED
AVILES, ROSA ROSELLA      FL-05154562    714315NB0   06/22/2001
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
     W     04/07/1973   5'02"   120    GRN   BLN   IT
--CONTINUED--

     SID  NUMBER:  5154562   PURPOSE CODE:C         PAGE:  2

FINGERPRINT CLASS    SOCIAL SECURITY NO.    MISCELLANEOUS NO.    SCR/MRK/TAT
                     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                                 PRCD NOSE
N AFIS - 2
OCCUPATION              ADDRESS                     CITY/STATE
INSPECTOR               8470 NW 11 ST               PEMBROKE PI, FL
-----------------------------------------------------------------------------
AKA                           DOB         SOC              SCR/MRK/TAT
-----------------------------------------------------------------------------
                                          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     TAT ABDOM
                                          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
-----------------------------------------------------------------------------
--CONTINUED--

     SID  NUMBER:  5154562   PURPOSE CODE:C         PAGE:  3

ARREST-  1   07/14/2000   OBTS NO.-1307033467
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                    (FL0130000)
    AGENCY CASE-0732152                  OFFENSE DATE-02/02/2000
    CHARGE 001-ROBBERY-
           SN ROBBERY ARMED ATTEMPT                        ,ATTEMPT
           STATUTE/ORDINANCE FL812-13  (2B  )  LEVEL-FELONY      ,2ND DEG
           DISP-
JUDICIAL-
   AGENCY-11TH CIRCUIT COURT - MIAMI                            (FL013025J)
   CHARGE 001 -COURT SEQ             COURT NO.-F00003747B
      SUPPLEMENTAL ARREST DATA-
           STATUS-                           LEVEL-FELONY      ,2ND DEG
   PROSC DATA-INITIATED BY ,ROBBERY-
--CONTINUED--

     SID  NUMBER:  5154562   PURPOSE CODE:C         PAGE:  4

                        ROBBERY ARMED ATT
           ATTEMPT           ,
           STATUTE/ORDINANCE-                LEVEL-FELONY      ,2ND DEG
           DISP DATE-07/14/2000              DISP-N/A
      COURT DATA-SAME       ,ROBBERY-
                             ROBBERY ARMED ATT
           ATTEMPT           ,
           STATUTE/ORDINANCE-                LEVEL-FELONY      ,2ND DEG
           DISP DATE-07/14/2000              DISP-GUILTY/CONVICTED

```
              ATTEMPT           ,
              STATUTE/ORDINANCE-                        LEVEL-FELONY        ,2ND DEG
              DISP DATE-07/14/2000                      DISP-GUILTY/CONVICTED
              COUNSEL-ASSIGNED    TRIAL-NONE            PLEA-GUILTY
              SENT DATE-07/14/2000
                                       ,F00003747B          363
              PROBATION-  3Y
--CONTINUED--

         SID  NUMBER:  5154562   PURPOSE CODE:C           PAGE:    5

         CRT PROVISIONS-SPLIT SENT - COMM CONTROL AFTER CONFINE
    SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

----------------------------------------------------------------
ARREST-   2    02/12/2001   OBTS NO.-0012977128
   ARREST AGENCY-BROWARD COUNTY SHERIFF'S OFFICE                    (FL0060000)
     AGENCY CASE-18199                              OFFENSE DATE-
     CHARGE 001-CRIM REG-
           ACC AFT THE FACT ARM ROBBERY
           DISP-NOT PROSECUTED RELEASED
----------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
--CONTINUED--

         SID  NUMBER:  5154562   PURPOSE CODE:C           PAGE:    6

 THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A SINGLE-STATE OFFENDER RECORD.
END OF RECORD

--END--
```