# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  00-6092-CR-HURLEY

UNITED STATES OF AMERICA,
   Plaintiff,

v.

JOSE MARTIN PEREZ,
   Defendant.

---------------------------------------------/

FILED by ___ D.C.

JUN 28 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B.

### ORDER SETTING TRIAL DATE &
### ESTABLISHING PRETRIAL PROCEDURES


THIS CAUSE was before the court at a status conference on June 25, 2001. Counsel

representing the defendant was present and the proceedings were court reported.  The court being

fully informed, it is

ORDERED and ADJUDGED:

1.  Unless instructed otherwise by subsequent order, all proceedings in this case shall be

conducted in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

2.  This case is set for trial on a calendar commencing on **July 2, 2001.**

DATED and SIGNED in Chambers at West Palm Beach, Florida this ___26th___ day of

June, 2001.

**copy furnished:**
AUSA Thomas Lanigan
AFPD Robin C. Rosen-Evans

Daniel T. K. Hurley
United States District Judge