ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE PEREZ,

    Defendant.

_____/



FILED by ___ D.C.
JUN 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON DEFENDANT'S MOTION IN LIMINE CONCERNING RULE 404(b) EVIDENCE

THIS MATTER having come on to be heard upon Defendant's Motion in Limine Concerning Rule 404(b) Evidence, and the Court having been duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion is hereby ~~granted~~/denied. *without prejudice to renewal at trial.*

DONE AND ORDERED in Chambers, this 28 day of June, 2001, at West Palm Beach, Florida.

                                        Daniel T. K. Hurley
                                      United States District Court Judge

cc: Robin C. Rosen-Evans, AFPD
     Tom Lanigan, AUSA
     Jose Perez, Defendant