UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOSE MARTIN PEREZ,
    Defendant.
_____/



FILED by _____ D.C.
JUL - 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### NOTICE SETTING CHANGE OF PLEA HEARING

**TAKE NOTICE** that a Change Of Plea Hearing in the above cited case has been set for **Friday, July 27, 2001, at 11:00 a.m.** before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom No. 5, 701 Clematis Street, West Palm Beach, Florida.

    **DATED THIS** 2nd day of July, 2001.

                                                James E. Caldwell, Sr.
                                                 Courtroom Deputy

**copy furnished:**
AUSA Thomas P. Lanigan
AFPD Robin C. Rosen-Evans
U.S. Probation Office, WPB, FL
U.S. Marshal Service