ps   UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE PEREZ,

    Defendant.

_____/



### DEFENDANT'S NOTICE OF CHANGE OF PLEA

Defendant, Jose Perez, through undersigned counsel, hereby notices all parties that a change of plea has been set in this case for Friday, July 27, 2001, at 11:00 a.m.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
    Robin C. Rosen-Evans
     Assistant
    Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 438820
    400 Australian Ave., Suite 300
    West Palm Beach, Florida 33401
    Telephone:(561)833-6288
    Fax: (561) 833-0368

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed 2nd day of July, 2001, to Assistant United States Attorney Tom Lanigan, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394; and to Defendant, Jose Perez, c/o Palm Beach County Jail, Pouch #165, P.O. Box 24716, Gun Club Road, West Palm Beach, FL 33416.

*[signature]*

Robin C. Rosen-Evans