# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by ___ D.C.
JUL 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

================================================

Case No. **00-6092-CR**   Date **July 27, 2001**

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: **English**   Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. **Jose Martin Perez**

AUSA: **Rolando Garcia for Thomas Lanigan**   DEFENSE COUNSEL: **AFPD Robin C. Rosen-Evans**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to the indictment.**

RESULTS OF HEARING: **After our inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date set for Friday, November 2, 2001, at 10:00 a.m.**