ps  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6092-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE PEREZ,

    Defendant.

_____/



### NOTICE OF FILING

Defendant, Jose Perez, through undersigned counsel, files the attached letter to be considered by the Court at the time of his sentencing.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____
    Robin C. Rosen-Evans
     Assistant
    Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 438820
    400 Australian Ave., Suite 300
    West Palm Beach, Florida 33401
    Telephone:(561)833-6288
    Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed 6th day of November, 2001, to Assistant United States Attorney Tom Lanigan, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394.

*Robin C. Rosen-Evans*
Robin C. Rosen-Evans

2

10-25-01

Honorable Judge Hurley:

The reason for this letter is to inform you of the following and to help you see the other side of Jose M. Perez, the side of him we all know and love. He is a hardworking man who lives for his family and who has suffered from a drug addiction, which is the reason for where he is right now.

Jose has two young boys ages 7 and 8, who every day miss their father much more, but unfortunately will not have their father along their side for a long time. Jose is the type of person who is willing to help even a stranger without thinking it twice. He has a very big heart. We know that he has committed a crime and that he must pay for what he's done, But we beg you to please take into consideration this things we've said about Jose when it comes time to sentence him. Thanks.

Sincerely,
Noemi Rodriguez and family