UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6092-CR-HURLEY</u>

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE EFFRAIN GONZALEZ,

    Defendant.
_____ /

## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, Bruce E. Reinhart, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Thomas P. Lanigan.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By: _____
    THOMAS P. LANIGAN
    Assistant United States Attorney
    Florida Bar No. A5500033
    500 E. Broward Blvd., Suite 700
    Ft. Lauderdale, FL 33394
    Telephone: (954) 356-7255
    Facsimile: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of March, 2002 to James S. Benjamin, Esq., 1 Financial Plaza, Suite 1615 Ft. Lauderdale, FL. 33394.

_Thomas P. Lanigan_
Thomas P. Lanigan
Assistant United States Attorney